IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Criminal Action No. |
| v. | ) ) | 13-00003-01-CR-W-HFS |
| Kamel Elburki, | ) ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the record, including the psychiatric evaluation (Doc. 43), and the report and recommendation (Doc. 50), and noting no opposition has been filed to the report and recommendation, I ADOPT the report and recommendation and FIND that defendant Elburki is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

May 9, 2013

Kansas City, Missouri